## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: FAIRLIFE MILK PRODUCTS
MARKETING AND SALES PRACTICES
LITIGATION

MDL DOCKET NO. 2909

### PROOF OF SERVICE

I, Yeremey Krivoshey, counsel for Plaintiff Alain Michael, hereby certify that copies of

the Notice of Presentation or Waiver of Oral Argument and this Proof of Service were filed

electronically with the Clerk of the JPML using the CM/ECF system and were served on all

counsel or parties below via email:

| *MICHAEL* ACTION<br>*Michael v. Fairlife, LLC, et al*<br>Case No. 1:19-cv-03924, N.D. Ill. |
|---|
| **For Plaintiff Alain Michael, individually and on behalf of all others similarly situated:**<br><br>L. Timothy Fisher<br>Frederick J. Klorczyk III<br>Yeremey Krivoshey<br>BURSOR & FISHER, P.A.<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Tel:  (925) 300-4455<br>Fax: (925) 407-2700<br>Email: ykrivoshey@bursor.com<br>fklorczyk@bursor.com<br>ltfisher@bursor.com<br><br>Scott Bursor<br>Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>646 837-7150<br>Fax: 212-989-9163<br>Email: scott@bursor.com<br><br>Michael J McMorrow<br>McMorrow Law, P.C.<br>One North LaSalle Street, 44th Floor |

Chicago, IL 60602
Tel:  (312) 265-0708
Email: mike@mjmcmorrow.com

**For Defendant Fairlife, LLC:**

Robyn Eileen Bladow
Kirkland & Ellis LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel:  (213) 680-8634
Email: rbladow@kirkland.com

Allison A. Ray
Gabor Balassa
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Tel:  (312) 862-2000
Email: gbalassa@kirkland.com
allison.ray@kirkland.com

**For Defendants Mike McCloskey and Sue McCloskey:**

Mark S. Mester
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel:  (312) 876-7700
Email: mark.mester@lw.com

### *SALZHAUER* ACTION
*Salzhauer v. The Coca-Cola Company, and Fairlife, LLC,*
### Case No. 1:19-cv-02709-MHC, N.D. Georgia

**For Plaintiff Eliana Salzhauer, individually and on behalf of all others similarly situated:**

Adam J. Levitt
Amy E. Keller
Adam Prom
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
Email:  alevitt@dicellolevitt.com
akeller@dicellolevitt.com

aprom@dicellolevitt.com

Kenneth S. Canfield
DOFFERMYRE SHIELDS CANFIELD
& KNOWLES, LLC
1355 Peachtree Street, NE, Suite 1725
Atlanta, Georgia 30309
Telephone: 404-881-8900
Email:  kcanfield@dsckd.com

Daniel L. Warshaw
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: 818-788-8300
Email:  dwarshaw@pswlaw.com

Melissa S. Weiner
Joseph C. Bourne
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: 612-389-0600
Email:  mweiner@pswlaw.com
jbourne@pswlaw.com

Michael R. Reese
Sue J. Nam
Carlos F. Ramirez
REESE LLP
100 West 93rd Street
New York, New York 10025
Telephone: 212-643-0500
Email:  mreese@reesellp.com
snam@reesellp.com
cramirez@reesellp.com

**For Defendant Fairlife, LLC:**

Robyn Eileen Bladow
Kirkland & Ellis LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel:  (213) 680-8634
Email: rbladow@kirkland.com

Allison A. Ray
Gabor Balassa
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Tel:  (312) 862-2000
Email: gbalassa@kirkland.com
allison.ray@kirkland.com

**For Defendant The Coca-Cola Company:**

Jeffrey S. Cashdan
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
Tel:  (404) 572-4600
Email: jcashdan@kslaw.com

***SCHWARTZ* ACTION**
*Schwartz v. Fairlife, LLC*
**Case No. 1:19-cv-03929, N.D. Ill. (Chicago)**

**For Plaintiffs Andrew Schwartz and Alice Vitiello:**

Carl V. Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
111 W. Jackson Street, Suite 1700
Chicago, Illinois 60604
Telephone: 312-984-0000
Facsimile: 212-686-0114
Email:  malmstrom@whafh.com

Jeffrey G. Smith
Matthew M. Guiney
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
270 Madison Avenue
New York, New York 10016
Telephone: 212-545-4600
Facsimile: 212-686-0114
Email:  smith @whafh.com
guiney@whafh.com

**For Defendant Fairlife, LLC:**

Robyn Eileen Bladow
Kirkland & Ellis LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel:  (213) 680-8634
Email: rbladow@kirkland.com

Allison A. Ray
Gabor Balassa
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Tel:  (312) 862-2000
Email: gbalassa@kirkland.com
allison.ray@kirkland.com

### *SABEEHULLAH* ACTION
### *Sabeehullah v. Fairlife LLC et al*
### Case No. 2:19-cv-00222-TLS-JPK, N.D. Ind. (Hammond)

**For Plaintiffs Mohammad Sabeehullah and Nabil Khan, individually and on behalf of all others similarly situated:**

Syed Ali Saeed
SAEED & LITTLE, LLP
18 W. Vermont Street
Indianapolis, Indiana 46204
Telephone: 317-614-5741
Email:  Ali@Sllawfirm.com

**For Defendant Fairlife, LLC:**

Robyn Eileen Bladow
Kirkland & Ellis LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel:  (213) 680-8634
Email: rbladow@kirkland.com

Allison A. Ray
Gabor Balassa
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Tel:  (312) 862-2000
Email: gbalassa@kirkland.com
allison.ray@kirkland.com

**For Defendants Mike McCloskey and Sue McCloskey:**

Mark S. Mester
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel:  (312) 876-7700
Email: mark.mester@lw.com

Dated: September 9, 2019                         **BURSOR & FISHER, P.A.**

By:   _/s/ Yeremey Krivoshey_

Frederick J. Klorczyk III
Yeremey Krivoshey
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: fklorczyk@bursor.com
          ykrivoshey@bursor.com

*Counsel for Plaintiff Alain Michael*

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson St., Suite 1700
Chicago, Illinois 60604
Tel.: (312) 984-0000
Fax: (212) 686-0114
E-mail:  malmstrom@whafh.com

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Jeffrey G. Smith
Matthew M. Guiney
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
E-mail:  smith@whafh.com
          guiney@whafh.com

*Counsel for Plaintiffs Andrew Schwartz and Alice Vitiello*